**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert Lee FELDER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 2002.

Decided March 22, 2002.

Sally A. Frick, Pittsburgh, for Robert Lee Felder.

Michael Wayne Streily, Francesco Lino Nepa, Pittsburgh, for Commonwealth of Pennsylvania.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Mr. Chief Justice ZAPPALA and Mr. Justice NIGRO dissent.